UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

CRAIG THOMPSON,

                              Petitioner,                    9:23-cv-863 (BKS/DJS)

v.

SUPERINTENDENT,

                              Respondent.
_____

**Appearances:**

*For Petitioner:*
Danielle Neroni
Law Offices of Danielle Neroni
668 Madison Avenue
Albany, NY 12208

*For Defendant:*
Letitia James
Attorney General for the State of New York
Jalina J. Hudson
Assistant Attorney General
28 Liberty Street
New York, NY 10005

**Hon. Brenda K. Sannes, Chief United States District Judge:**

### MEMORANDUM-DECISION AND ORDER

      Petitioner Craig Thompson, a New York State inmate, filed a counseled pleading seeking a writ of habeas corpus under 28 U.S.C. § 2254. (Dkt. No. 1). On December 11, 2023, Respondent filed an answer, accompanied by the state court records related to the matter. (Dkt. No. 6). Petitioner did not file a reply. This matter was assigned to United States Magistrate Judge Daniel J. Stewart who, on February 8, 2024, issued a Report-Recommendation and Order recommending that Petitioner's petition be denied and dismissed in its entirety. (Dkt. No. 8).

Magistrate Judge Stewart advised the parties that under 28 U.S.C. § 636(b)(1), they had fourteen days within which to file written objections to the report, and that the failure to object to the report within fourteen days would preclude appellate review. (Dkt. No. 8, at 17).

No objections were filed. For the reasons set forth below, the Report-Recommendation is adopted in its entirety. For these reasons, it is

**ORDERED** that the Report-Recommendation (Dkt. No. 8) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the Petition is **DENIED** and **DISMISSED** in its entirety; and it is further

**ORDERED**, that no Certificate of Appealability ("COA") be issued because Petitioner has failed to make "a substantial showing of the denial of a constitutional right" as required by 28 U.S.C. § 2253(c)(2). Any further request for a COA must be addressed to the Court of Appeals (Fed. R. App. P. 22(b)); and it is further

**ORDERED** that the Clerk serve a copy of this Order upon the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: <u>April 5, 2024</u>
Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge